Franquez.ind

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAY -3 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00017 |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | **TRANSPORTATION OF CHILD PORNOGRAPHY** |
| ) | [18 U.S.C. § 2252(a)(2)] |
| MICHAEL A. FRANQUEZ, ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

**DISTRIBUTION OF CHILD PORNOGRAPHY**

From on or about August 31, 2005 to on or about September 1, 2005, in the District of Guam, MICHAEL A. FRANQUEZ, defendant herein, knowingly distributed visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, to wit: data on a computer disk which was capable of conversion into a visual image depicting persons under the age of eighteen (18) engaging in sexually explicit conduct,

specifically, masturbation, sadistic and masochistic abuse, and lascivious exhibition of the genitals and the pubic area of said minors, all in violation of Title 18, United States Code, Section 2252(a)(2).

Dated this 3rd day of May, 2006.

A TRUE BILL.



Foreperson (Deputy)

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: JEFFREY J. STRAND
Assistant U.S. Attorney

Approved:

RUSSELL C. STODDARD
First Assistant U.S. Attorney