# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____  Docket Number: **06-00017**
Same Defendant: _____  New Defendant: X
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: Yes ___ No X

Defendant Name: Michael A. Franquez

Allisas Name: _____

Address: _____
Sinajana, Guam

Birth date: XX/XX/1983   SS#: XXX-XX-6886   Sex: M   Race: PI   Nationality: U.S.

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: X No ___ Yes   List language and/or dialect: N/A

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty  ___ Misdemeanor  X Felony

| Set | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | I  18 U.S.C. § 2252(a)(2) | TRANSPORTATION OF CHILD PORNOGRAPHY | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

(Continued on reverse)

Date: 5/3/04   Signature of AUSA: [signature]

**RECEIVED MAY - 3 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Case 1:06-cr-00017   Document 1-2   Filed 05/03/2006   Page 1 of 1