AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**FILED**
DISTRICT COURT OF GUAM
MAY - 4 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**MICHAEL A. FRANQUEZ**

Case Number:    CR-06-00017

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Thursday, May 4, 2006 at 2:30 p.m. |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **2252(a)(2)**

Brief description of offense:

**TRANSPORTATION OF CHILD PORNOGRAPHY**

U.S. MARSHALS-GUAM RECEIVED -3 MAY 2006 10:29 1500

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**May 3, 2006**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]    Date    5/4/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

    USMS Hagatna, Gu—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    5/4/06
            Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.