FILED
DISTRICT COURT OF GUAM
MAY -4 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>**MICHAEL A. FRANQUEZ,**<br><br>          Defendant. | CRIMINAL CASE NO. **06-00017**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case *nunc pro tunc* to May 3, 2006.

Dated this 4th day of May, 2006.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL