# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | |
|---|---|
| **TO:** United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** Robert I. Carreon, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**FILED**
DISTRICT COURT OF GUAM
MAY 16 2006
MARY L.M. MORAN
CLERK OF COURT

[X] **Original Notice**   [ ] **Notice of Disposition**

Date: May 4, 2006   Date: _____

By: Joaquin V.E. Manibusan, U.S. Magistrate Judge   By: _____

---

Defendant: **FRANQUEZ, Michael Andrew**   Case Number: **USDC CR. CS. NO. 06-00017-001**

Date of Birth: XX-XX-1983   Place of Birth: Riverdale, Georgia

SSN: XXX-XX-6886

---

**NOTICE OF COURT ORDER** (Order Date: **May 4, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

Case 1:06-cr-00017   Document 11   Filed 05/16/2006   Page 1 of 1

**ORIGINAL**