JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MICHAEL A FRANQUEZ

FILED
DISTRICT COURT OF GUAM
JUN 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00017 |
| ) | |
| Plaintiff, ) | STIPULATION EXTENDING THE TIME |
| ) | FOR THE FILING OF PRETRIAL |
| vs. ) | MOTIONS |
| ) | |
| MICHAEL A. FRANQUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION EXTENDING THE TIME FOR THE FILING OF PRETRIAL MOTIONS

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the time for the filing of defendant's pretrial motions is EXTENDED nine days. Defendant's motions were due on June 13, 2006. Defendant's new proposed motions due date is June 22, 2006. Trial is scheduled for November 8, 2005.

The parties request this continuance so to allow defense counsel further time to review the discovery, search warrant and affidavit, police reports and investigate and research the

viability of possible pretrial motions. The proposed continuance is in Mr. Franquez's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed extension of motions filing deadline.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, June 9, 2006.

_____
JOHN T. GORMAN
Attorney for Defendant
JOSEPH ANTHONY MESA

_____
JEFFREY J. STRAND
Attorney for Plaintiff
UNITED STATES OF AMERICA