# ORIGINAL

mfanquezind2

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 1 4 2006

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL A. FRANQUEZ,<br><br>Defendant. | CRIMINAL CASE NO.06- 00017<br><br>**SUPERSEDING INDICTMENT**<br><br>**DISTRIBUTION OF CHILD PORNOGRAPHY**<br>[18 U.S.C. § 2252(a)(2)]<br>(Counts 1-5) |

THE GRAND JURY CHARGES:

### COUNT I - DISTRIBUTION OF CHILD PORNOGRAPHY

From on or about August 31, 2005 to on or about September 1, 2005, in the District of Guam, MICHAEL A. FRANQUEZ, defendant herein, knowingly distributed a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce, by any means, including

by computer, to wit: data on a computer disk which was capable of conversion into a visual image depicting a person under the age of eighteen (18) engaging in sexually explicit conduct, specifically, a female minor engaged in masturbation of an adult male and lascivious exhibition of the genitals and the pubic area of said adult male, all in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II - DISTRIBUTION OF CHILD PORNOGRAPHY

From on or about August 31, 2005 to on or about September 1, 2005, in the District of Guam, MICHAEL A. FRANQUEZ, defendant herein, knowingly distributed a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, to wit: data on a computer disk which was capable of conversion into a visual image depicting a person under the age of eighteen (18) engaging in sexually explicit conduct, specifically, a nude female minor engaged in lascivious exhibition of the genitals and the pubic area of said minor and sadistic and masochistic abuse, all in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT III - DISTRIBUTION OF CHILD PORNOGRAPHY

From on or about August 31, 2005 to on or about September 1, 2005, in the District of Guam, MICHAEL A. FRANQUEZ, defendant herein, knowingly distributed a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, to wit: data on a computer disk which was capable of conversion into a visual

- 2 -

image depicting a person under the age of eighteen (18) engaging in sexually explicit conduct, specifically, a female minor engaged in lascivious exhibition of the genitals and the pubic area of said minor, all in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT IV - DISTRIBUTION OF CHILD PORNOGRAPHY

From on or about August 31, 2005 to on or about September 1, 2005, in the District of Guam, MICHAEL A. FRANQUEZ, defendant herein, knowingly distributed a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, to wit: data on a computer disk which was capable of conversion into a visual image depicting a person under the age of eighteen (18) engaging in sexually explicit conduct, specifically, a female minor engaged in genital-genital sexual intercourse with an adult male and lascivious exhibition of the genitals and the pubic area of said minor and adult male, all in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT V - DISTRIBUTION OF CHILD PORNOGRAPHY

From on or about August 31, 2005 to on or about September 1, 2005, in the District of Guam, MICHAEL A. FRANQUEZ, defendant herein, knowingly distributed a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, to wit: data on a computer disk which was capable of conversion into a visual image depicting a person under the age of eighteen (18) engaging in sexually explicit conduct,

- 3 -

specifically, a female minor engaged in oral-genital sexual intercourse, all in violation of Title 18, United States Code, Section 2252(a)(2).

Dated this 14th day of June 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

- 4 -