℁ AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    GUAM

UNITED STATES OF AMERICA

V.

MICHAEL A. FRANQUEZ

**SUBPOENA IN A
CRIMINAL CASE**

Case Number: 06-00017

TO:   Crystal D. Franquez

# FILED
DISTRICT COURT OF GUAM

JUN 1 5 2006

## MARY L.M. MORAN
## CLERK OF COURT

☒   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court 520 West Soledad Ave. Hagatna, Guam | COURTROOM Fourth Floor |
|---|---|
| | DATE AND TIME June 27, 2006 9:30 a.m. |

☐   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT Mary L. M. Moran (By) Deputy Clerk | DATE JUN 1 4 2006 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Jeffrey J. Strand, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez Ave., Hagatna, Guam (671) 472-7332

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 6/14/2006 | Agana, Guam |
| SERVED | 6/14/2006 | Maite, Guam |

SERVED ON (PRINT NAME)
Crystal D Franquez

FEES AND MILEAGE TENDERED TO WITNESS

YES    (NO)    AMOUNT $ _____

SERVED BY (PRINT NAME)
Kevin C Peterson

TITLE
Special Agent
FBI

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___6/14/2006___
DATE

_Kevin C Peterson_
SIGNATURE OF SERVER

___400 Rt 8  #402___
ADDRESS OF SERVER

___Maite GU 96910___

ADDITIONAL INFORMATION