# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

MICHAEL A. FRANQUEZ

SUBPOENA IN A
CRIMINAL CASE

Case Number: 06-00017

TO: Tanya M. Franquez

**FILED**
DISTRICT COURT OF GUAM
JUN 1 5 2006
MARY L.M. MORAN
CLERK OF COURT

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | COURTROOM<br>Fourth Floor |
| --- | --- |
| | DATE AND TIME<br>June 27, 2006<br>9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Mary L. M. Moran<br>(By) Deputy Clerk | DATE<br>JUN 1 4 2006 |
| --- | --- |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Jeffrey J. Strand, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez Ave., Hagatna, Guam (671) 472-7332

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

ORIGINAL

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 6/14/2006 | PLACE | Agana, Guam |
| SERVED | DATE 6/14/2006 | PLACE | Maite, Guam |
| SERVED ON (PRINT NAME) Crystal D Franquez (Mother, agreed to accept service) | | FEES AND MILEAGE TENDERED TO WITNESS YES (NO) AMOUNT $ | |
| SERVED BY (PRINT NAME) Kevin C Peterson | | TITLE Special Agent FBI | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/14/2006
/DATE

Kevin C Peterson
SIGNATURE OF SERVER

400 Rt 8 #402
ADDRESS OF SERVER

Maite GU 96910

ADDITIONAL INFORMATION