# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**MICHAEL A. FRANQUEZ**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-06-00017** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| | Date and Time |
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, June 16, 2006 at 10:30 a.m.** |

To answer a(n)

[X] Superseding Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **2252(a)(2)**

Brief description of offense:

**DISTRIBUTION OF CHILD PORNOGRAPHY - (COUNTS 1 THRU 5)**

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**June 14, 2006**
Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 06/15/06 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Sinajana, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  06/15/06
           Date

J. L. G. Salas
Name of United States Marshal

_Walk S._
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.