ORIGINAL

Franquez.Voir dire

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL A. FRANQUEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 06-00017 <br><br> UNITED STATES' <br> [PROPOSED] <br> VOIR DIRE |

Pursuant to the order of this Court and Federal Rule of Criminal Procedure 24(a), the United States submits the following proposed voir dire questions.

1. Do you know the attorneys in this case? If so, please explain how you know them and whether it will influence you if you are selected as a juror.

2. Do any of you know any of the witnesses who will testify? If so, please describe your acquaintance.

3. Do any of you know the defendant? If so, please describe how you know him.

4. The nature and extent of your educational background, including any special training courses and vocational seminars you have attended. If you attended college, what was your major field of study?

5. Are you married? Do you: live alone? Share house with another person or persons? Live with family?

6. The nature of your employment and that of your spouse, if you are married.

7. Describe your immediate family and, how each member is employed, the nature of any past employment, and educational background.

8. Your past experience on juries in both civil and criminal cases. Tell us when the case was tried and the nature of the case and whether a verdict was reached.

9. Is there anything about the nature of this case, that involves allegations of child pornography, that makes you want not to be a juror? If so, what is it?

10. Do you have any personal objection to the laws of the United States that make it illegal to distribute child pornography by computer?

11. Have you or any of your acquaintances ever had any experiences with law enforcement, local, state, or federal that would influence your ability to sit as a fair and impartial juror in this matter?

12. Is there anything that you have read in newspapers, magazines, or viewed on television regarding this case that would influence your ability to sit as a fair and impartial juror?

13. Have you, your relatives or close friends ever been charged with or investigated for a crime? If so, what was the nature of this investigation or charge? How was it handled?

14. Would you judge this case solely on the evidence before you, and not allow anything else to affect your verdict?

15. Do you know any reason whatsoever why you would not be able to sit as a fair and impartial juror in this case?

RESPECTFULLY SUBMITTED this <u>16th</u> day of June, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney

- 2 -