LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 16 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' EXHIBIT LIST** |
| MICHAEL A. FRANQUEZ, | ) | |
| Defendants. | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this __16th__ day of June, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Photograph of a female minor engaged in masturbation of an adult male | _____ | _____ |
| 2. | Photograph of a nude female minor engaged in lascivious exhibition of the genitals and the pubic area | _____ | _____ |
| 3. | Photograph of a nude female minor engaged in lascivious exhibition of the genitals and the pubic area | _____ | _____ |
| 4. | Photograph of a female minor engaged in genital-genital intercourse with an adult male | _____ | _____ |
| 5. | Photograph of a female minor engaged in oral-genital sexual intercourse | _____ | _____ |
| 6. | Photograph of a female minor engaged in genital-genital intercourse with an adult male | _____ | _____ |
| 7. | Photograph of a female minor engaged in genital-genital intercourse with an adult male | _____ | _____ |
| 8. | 16 Photographs of female minors engaged in oral-genital, genital-genital sexual intercourse, and lascivious exhibition of the genitals and the pubic area | _____ | _____ |
| 9. | 12 Photographs of female minors engaged in oral-genital, genital-genital sexual intercourse, and lascivious exhibition of the genitals and the pubic area | _____ | _____ |
| 10. | Photograph of a female minor engaged in oral-genital sexual intercourse | _____ | _____ |
| 11. | 40 Compact Disc (CD-Rom) | _____ | _____ |
| 12. | 1 Digital Video Disc containing Computer Analysis Response Team FTK Final Report | _____ | _____ |
| 13. | Internet Protocol information records from IT & E Overseas, Inc. | _____ | _____ |
| 14. | Telephone Subscriber Information from GTA Telecom, LLC | _____ | _____ |

i