ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 1 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.06-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES'** |
| | ) | **[PROPOSED]** |
| | ) | **VERDICT FORM** |
| MICHAEL A. FRANQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this 20th day of June, 2006.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: _[signature]_
      JEFFREY J. STRAND
      Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.06-00017 |
| Plaintiff, ) | |
| vs. ) | |
| ) | VERDICT FORM |
| MICHAEL A. FRANQUEZ, ) | |
| Defendant. ) | |

## COUNT I - DISTRIBUTION OF CHILD PORNOGRAPHY

We, the Jury, in the above-entitled case unanimously find the defendant, MICHAEL A. FRANQUEZ: Violation of Title 18, United States Code, Section 2252(a)(2):

/ /     NOT GUILTY

/ /     GUILTY

## COUNT II - DISTRIBUTION OF CHILD PORNOGRAPHY

We, the Jury, in the above-entitled case unanimously find the defendant, MICHAEL A. FRANQUEZ: Violation of Title 18, United States Code, Section 2252(a)(2):

/ /     NOT GUILTY

/ /     GUILTY

//

## COUNT III - DISTRIBUTION OF CHILD PORNOGRAPHY

We, the Jury, in the above-entitled case unanimously find the defendant, MICHAEL A. FRANQUEZ: Violation of Title 18, United States Code, Section 2252(a)(2):

    / /    NOT GUILTY

    / /    GUILTY

## COUNT IV - DISTRIBUTION OF CHILD PORNOGRAPHY

We, the Jury, in the above-entitled case unanimously find the defendant, MICHAEL A. FRANQUEZ: Violation of Title 18, United States Code, Section 2252(a)(2):

    / /    NOT GUILTY

    / /    GUILTY

## COUNT V - DISTRIBUTION OF CHILD PORNOGRAPHY

We, the Jury, in the above-entitled case unanimously find the defendant, MICHAEL A. FRANQUEZ: Violation of Title 18, United States Code, Section 2252(a)(2):

    / /    NOT GUILTY

    / /    GUILTY

DATED this _____ day of _____, 2006, at Hagatna, Guam.

_____
FOREPERSON

-2-

Case 1:06-cr-00017    Document 24    Filed 06/16/2006    Page 3 of 3