

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00017**         **DATE: June 16, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                                       Courtroom Deputy: Leilani Toves Hernande
Hearing Electronically Recorded: 10:44:56 - 10:51:42                 CSO: F. Tenorio

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* APPEARANCES \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: MICHAEL A. FRANQUEZ**                         **ATTY: JOHN GORMAN**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: JEFF STRAND**                        **AGENT:**

**U.S. PROBATION: CARLEEN BORJA**                     **U.S. MARSHAL: NONE PRESENT**

**PROCEEDINGS:**
**INITIAL APPEARANCE RE SUPERSEDING INDICTMENT AND ARRAIGNMENT**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:  SCHOOL COMPLETED: __ALMOST A JUNIOR AT U.O.G.__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION

( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY*   ( X ) *NOT GUILTY* - TO: __THE FIVE COUNTS IN THE SUPERSEDING INDICTMENT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( X ) TRIAL SET FOR: __JULY 27, 2006 at 9:30 A.M.__

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see attached conditions)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT RELEASED ON THE SAME CONDITIONS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defense moved for a 30 continuance of the trial and a new motions deadline. Government had no objections.

The Court continued the trial to July 27, 2006 at 9:30 a.m.; Pretrial Motions due July 6, 2006. Parties were instructed to file all trial documents by July 20, 2006.