

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

**FILED**
DISTRICT COURT OF GUAM
JUN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-06-00017     DATE: June 30, 2006

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding
    Law Clerk: Mary Lou Johnson      Court Reporter: Wanda Miles
  Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:31:49 - 9:51:47
    CSO: D. Quinata

**APPEARANCES:**
  Defendant: Michael A. Franquez      Attorney: John Gorman
       ☑Present ☐Custody ☐Bond      ☑Present ☐Retained
       ☑P.R.                                                 ☑FPD ☐CJA
  U.S. Attorney: Jeffrey Strand      U.S. Agent: Perryn Collier, FBI
  U.S. Probation: Maria Cruz      U.S. Marshal: None Present
    Interpreter:      Language:
         ☐Sworn ☐Previously Sworn

**PROCEEDINGS: Change of Plea**
- Defendant Examined by the Court
  Age: 22    School Completed: 3 year of college
- Court Questions Defendant Regarding His Physical and Mental Condition, and Advises Defendant of the Nature and Possible Consequences of Said Plea
- Plea Entered: Guilty to Count 1 of the Superseding Indictment
- Plea Agreement Filed: 06/29/2006    Plea: Accepted
- Sentencing set for: July 6, 2006 at 10:00 a.m.
- Presentence Report due: July 5, 2006
- Defendant Released as Previously Ordered by this Court

NOTES: Parties stipulated to a pen and ink change in the plea agreement.

    Defense requested for an expedited sentencing date - Granted.

    Government had no objection to the defendant's continued release.