# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

**FILED**

**DISTRICT COURT OF GUAM**

**JUN 30 2006**

**MARY L.M. MORAN**
**CLERK OF COURT**

| | | |
|---|---|---|
| United States of America | **NOTICE** | |
| V. | | |
| **MICHAEL A. FRANQUEZ** | CASE NUMBER:  **CR-06-00017** | |

TYPE OF CASE:

☐  **CIVIL**          **X  CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X  TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** **4th Floor, U.S. Courthouse** **520 West Soledad Avenue** | **Thursday, July 6, 2006 at 10:00 a.m.** | **Friday, July 7, 2006 at 8:00 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**June 30, 2006**

DATE

(BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
        Federal Public Defender
        U.S. Probation Office
        U.S. Marshals Service

ORIGINAL