
# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### SENTENCING

CASE NO.: CR-06-00017　　　　　　　　　　DATE: July 07, 2006

---

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding
　　Law Clerk: Mary LouJohnson　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 8:07:47 - 8:31:42
　　CSO: P. Taijeron

---

**APPEARANCES:**

　Defendant: Michael A. Franquez　　　　　Attorney: John Gorman
　　　☑ Present ☐ Custody ☐ Bond　　　　☑ Present ☐ Retained
　　　☑ P.R.　　　　　　　　　　　　　　☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　U.S. Agent: Kevin Peterson, F.B.I.
U.S. Probation: Maria Cruz　　　　　　　U.S. Marshal: None Present
　Interpreter:　　　　　　　　　　　　　Language:
　　　☐ Sworn ☐ Previously Sworn

---

**PROCEEDINGS: Sentencing**
- Court Stated the Appropriate Base Offense Levels:
  Base Offense Level: 22
  Total Offense Level: 25
  Criminal History Category: I
- No Objections by the Government and Defense
- Attorney for Defendant Addressed the Court and Made its Recommendation
- Defendant Addressed the Court and Apologized
- Government Addressed the Court and Made its Recommendation
- Defendant Committed to the Bureau of Prisons for a Term of <u>60 months</u>
- Court Recommendation to the Bureau of Prisons at <u>FCI Butner or Taft</u>
- Upon Release from Imprisonment, Defendant Is Placed on Supervised Release for a Term of <u>3 years</u>, with Conditions (Refer to Judgment for Conditions of Supervised Release)
- All Fines Waived by the Court
- Defendant Was Ordered to Pay a Special Assessment Fee of $100.00.
- Court Stated the Justification of the Sentence Imposed
- Defendant Was Advised of His Appeal Rights
- Defendant Allowed to Self-surrender to the U.S. Marshals Service on Guam by 12:00 p.m. on July 24, 2006.

NOTES: The Court Ordered the forfeiture of the items cited on page three of the Plea
　　　　Agreement.

Government moved to Dismiss the Indictment and Counts II thru V of the Superseding Indictment - Granted. No further written order will be forthcoming.