# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Michael A. Franquez,<br><br>        Defendant. | Case No. 1:06-cr-00017<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Judgment filed July 7, 2006, on the dates indicated below:

| U.S. Attorney's Office | Federal Public Defender | U.S. Probation Office | U.S. Marshals Service |
|---|---|---|---|
| July 10, 2006 | July 10, 2006 | July 10, 2006 | July 10, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Judgment filed July 7, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 11, 2006                                                  /s/ Virginia T. Kilgore
                                                                                              Deputy Clerk