# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Michael A. Franquez, <br><br> Defendant. | Case No. 1:06-cr-00017 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Notice of Entry filed July 7, 2006, on the dates indicated below:

U.S. Attorney's Office          Federal Public Defender
July 10, 2006                   July 10, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Notice of Entry filed July 7, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 11, 2006                    /s/ Virginia T. Kilgore
                                       Deputy Clerk