UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Robert I. Carreon, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**FILED**
DISTRICT COURT OF GUAM
JUL 27 2006
MARY L.M. MORAN
CLERK OF COURT

[X] **Original Notice**          [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | May 4, 2006 | Date: | July 7, 2006 |
| By: | Joaquin V.E. Manibusan<br>U.S. Magistrate Judge | By: | William Fremming Nielsen<br>Designated U.S. District Judge |

| | | | |
|---|---|---|---|
| Defendant: | FRANQUEZ, Michael Andrew | Case Number: | USDC CR. CS. NO. 06-00017-001 |
| Date of Birth: | XX-XX-1983 | Place of Birth: | Riverdale, Georgia |
| SSN: | XXX-XX-6886 | | |

**NOTICE OF COURT ORDER** (Order Date: _May 4, 2006_)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
☐ Not Convicted - Document returned to defendant.
☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☒ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)

Case 1:06-cr-00017   Document 39   Filed 07/27/2006   Page 1 of 1   **ORIGINAL**