# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00017 |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL A. FRANQUEZ, | ) | ORDER |
| Defendant. | ) | |

On May 4, 2006, the court ordered the defendant to surrender his birth certificate as a condition of release. On July 7, 2006, the defendant was sentenced, and a judgment has since been entered. There being no further matter pending before this court, it is no longer necessary for the court to retain said birth certificate. Accordingly, the Clerk of Court is directed to release the birth certificate to the defendant's counsel, the Federal Public Defender's Office.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Dec 11, 2007**